**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No.

JORDAN BRYANT, individually, and
PREMIUM BUYBACKS, LLC, a Colorado limited
liability company

      Plaintiff(s),

v.

UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION, a federal law enforcement
agency,

      Defendant(s).

---

**COMPLAINT FOR RETURN OF PROPERTY PURSUANT TO RULE 41(g)**
**OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

---

Plaintiffs Jordan Bryan and Premium Buybacks, LLC, by and through their

attorney, Jeffrey S. Pagliuca of Haddon, Morgan and Foreman, P.C., hereby submit

their Complaint against Defendant United States Drug Enforcement Administration

("DEA") as follows:

**I.  INTRODUCTION**

1.    Plaintiffs, Jordan Bryant and Premium Buybacks, LLC, persons aggrieved

by the unlawful seizure, deprivation, and retention of  property move, under F.R.Cr.P.

41(g) for the return of $268,261.25 seized by the United States Drug Enforcement

Administration ("DEA").

## II.  RELEVANT FACTS

2.      Jordan Bryant is a resident of the state of Colorado. He is the owner and managing member of Premier Buybacks, LLC, a Colorado limited liability company with a principal place of business at 2624 S. Orchard St, Lakewood, CO, 80228, that specializes in the purchase and resale of cellular phones (Exhibit 1).

3.       Premium Buybacks, LLC maintained a bank account with Bank of America ("BOA"), a national bank doing business in Colorado[1]. Mr. Bryant and Premium Buybacks, LLC primarily transacted banking operations with Bank of America at 1801 16th St, Denver CO, 80202.

4.      Between December 5, 2023, and December 18, 2023, government agents, apparently with the DEA, seized United States Currency in the amount of $268,261.25 from Claimant's bank accounts in Denver, Colorado[2].

5.      On February 2, 2024, the DEA issued a "Notice of Seizure and Initiation of Administrative Forfeiture Proceedings" regarding the seized currency. Claimants timely responded and contested the administrative forfeiture.

---

[1] Filings with the United States Securities and Exchange Commission indicate that Bank of America is a Delaware Corporation, with a corporate office located at Bank of America Corporate Center 100 N. Tryon Street Charlotte, North Carolina 28255.

[2] The Notice of Seizure alleges that the currency was seized "by the Oakland County Sheriff's Office on December 4, 2023 in Newark DE and Seized by the DEA for forfeiture on December 4, 2023." Mr. Bryant has not maintained any bank account in Delaware and has had no interaction with the Oakland County Sheriff. In addition, the amount seized from Mr. Bryant's Denver, Colorado, bank account was $262,050.59, not the amount claimed in the Notice.

6.      Pursuant to 18 U.S.C. § 983(3)(A), the government had 90 days to either file a complaint under the Supplemental Rules for Certain Admiralty and Maritime claims or return the seized currency to Plaintiffs. Plaintiffs did not agree to an extension of this deadline and are unaware of any court extending this deadline.

7.      On June 11, 2024, counsel for Plaintiffs sent a letter to DEA Forfeiture Counsel demanding return of the seized currency (Exhibit 2). DEA Forfeiture Counsel has not responded and the currency has not been returned as required under 18 U.S.C. § 983 (3)(B).

## III.  JURISDICTION

8.      Plaintiffs reside in Colorado and the currency seized by the DEA was located in Denver, Colorado at the time of the seizure. Accordingly, this Court has jurisdiction over this matter under Rule 41(g) of the Federal Rules of Criminal Procedure.

9.      Plaintiffs are not involved in any pending civil or criminal case related to the seized currency. Plaintiffs contested the administrative seizure and forfeiture. The DEA, however, has neither returned nor responded to Plaintiffs' written demand. Plaintiffs have no adequate remedy at law to recover the currency.

## IV.  IRREPARABLE HARM

10.     Premium Buybacks, LLC is a small business owned solely by Mr. Bryant. Mr. Bryant and the business used the same bank account, the one seized by the DEA. All of the  cash held by the business, and all of Mr. Bryant's cash, was seized by the government. The business was left with outstanding debt obligations, Mr. Bryant was

3

unable to follow through on potential sales and the business suffered. Mr. Bryant has been forced to secure high interest loans which he is struggling to pay down. Mr. Bryant is unable to pay taxes owed to the federal and state government, and he is, essentially, insolvent.

11.     Equitable relief under Rule 41(g) is available if a movant "can show irreparable harm and an inadequate remedy at law." *United States v. Copeman*, 458 F.3d 1070, 1071 (10th Cir. 2006). The prolonged seizure of virtually all of Plaintiffs' assets has caused and continues to cause irreparable harm and Plaintiffs have no adequate remedy at law. Accordingly, Plaintiffs request that the Court order that the DEA return the seized currency to Plaintiffs immediately.

Dated: July 12, 2024

Respectfully submitted,

*s/ Jeffrey S. Pagliuca*
Jeffrey S. Pagliuca, No. 12462
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Phone:303.831.7364
Fax: 303.832.2628
Email: jpagliuca@hmflaw.com

*Attorney for Plaintiffs Jordan Bryan and Premium Buybacks, LLC*